O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>                    Petitioner,<br><br>         v.<br><br>CHRISTIAN PFEIFFER, Acting Warden,<br><br>                    Respondent. | Case No. CV 14-7687-JGB (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: July 29, 2021

HONORABLE JESUS G. BERNAL
United States District Judge